IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02826-WDM-KMT

IN RE PETITION OF

FAMILY DOLLAR OPERATIONS, INC.

Petitioner for Perpetuation of Testimony
_____

**ORDER**
_____

This matter is before me on the Petitioner's Unopposed Motion to Withdraw Petition to Perpetuate Testimony. Petitioner represents that the motion is unopposed by parties who have entered their appearance. I accept this representation pursuant to D.C.COLO.LCiv.R 7.1 A and B and grant the motion. It is therefore ordered that this matter be closed.

DATED at Denver, Colorado, on February 24, 2009.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL